```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 34578
   SAMUEL E WALLACE SR
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-7547


----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/30/05 and confirmed on 12/09/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  43011.55 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | SECURED | 12422.95 | 1506.91 | 12422.95 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED | 8082.06 | 1000.54 | 8082.06 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3345.33 | .00 | 3345.33 |
| AMOCO OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 3499.14 | .00 | 3499.14 |
| CAPITAL ONE BANK | UNSECURED | 1877.14 | .00 | 1877.14 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| FIRST BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3289.82 | .00 | 3289.82 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3186.21 | .00 | 3186.21 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| WALMART MCCBG | UNSECURED | NOT FILED | .00 | .00 |
| WILMINGTON COMM HEALTH C | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION PROFESSIONALS | UNSECURED | 300.00 | .00 | 300.00 |
| ILLINOIS DEPT REVENUE | PRIORITY | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 20505.01 | .00 | 15497.64 | .00 | 36002.65 |
| PRINCIPAL PAID | 20505.01 | .00 | 15497.64 | .00 | 36002.65 |
| INTEREST PAID | 2507.45 | .00 | .00 | .00 | 2507.45 |
| TOTAL PAID | 23012.46 | .00 | 15497.64 | .00 | 38510.10 |

The Debtor's attorney, PETER FRANCIS GERACI, was allowed $ 2700.00 and was paid $ 2700.00 .

The Trustee received $ 1783.15 .

Refunds to the Debtor totaled $ 18.30 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/11/08

/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE


PAGE 2
CASE NO. 05 B 34578 SAMUEL E WALLACE SR